Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Derek C. Flint (#034392)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
        cahler@swlaw.com
        dflint@swlaw.com
Attorneys for Defendant AT&S Americas, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Tipp,<br><br>        Plaintiff,<br><br>v.<br><br>AT&S Americas, LLC,<br><br>        Defendant. | No.<br><br>**Notice of Removal of Civil Action to the United States District Court**<br><br>[Maricopa County, Arizona Superior Court, Case No. CV2019-001565] |

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant AT&S Americas, LLC ("AT&S") hereby removes the state court civil action originally commenced in the Superior Court of the State of Arizona, County of Maricopa, entitled *Tipp v. AT&S Americas, LLC*, Case No. CV2019-001565 (the "State Court Action"), to this Court. The grounds for removal are the following:

1. Plaintiff Christopher Tipp initiated the State Court Action by filing a Complaint on February 14, 2019 in the Superior Court of the State of Arizona, County of Maricopa. AT&S is the only Defendant named in the Complaint.

2. AT&S received a copy of the Complaint and Summons on March 17, 2019, and it agreed to waive service of process on April 2, 2019.

3. In accordance with LRCiv 3.6(a), the most recent version of the docket for

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

the State Court Action is attached as Exhibit A. Also, in accordance with LRCiv 3.6(b), true and complete copies of all pleadings and other documents filed in the State Court Action (which include the Summons, Complaint, and Waiver and Acceptance of Service) are attached as Exhibit B.

4. Because AT&S received a copy of the Complaint and Summons on March 17, 2019, this Notice of Removal is timely, as it is filed within thirty days of the date of the receipt of those documents. *See* 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (holding that the thirty-day deadline to remove commences upon service of the summons and complaint).

5. Under 28 U.S.C. § 1441(a), this Court is the appropriate forum in which to file this Notice because the United States District Court for the District of Arizona is the federal judicial district embracing Maricopa County, Arizona, the county in which the State Court Action was filed.

6. This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. It may therefore be removed pursuant to 28 U.S.C. § 1441(a) because it is a civil action arising under the laws of the United States. Specifically, the Complaint alleges four counts against Defendant—two violations of Title VII of the Civil Rights Act of 1964 and two violations of 42 U.S.C. § 1981—that arise under the laws of the United States. The Complaint does *not* allege any state law claims. Regardless, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367. Therefore, this Court has jurisdiction under 28 U.S.C. § 1331.

7. Separately, this Court also has diversity of citizenship jurisdiction under U.S.C. § 1332. The Complaint concedes that there is diversity of jurisdiction, alleging that Plaintiff is a resident of Arizona, and that AT&S is incorporated under the laws of the State of California. [Ex. B (Complaint) ¶¶ 1-2]. Moreover, while the Complaint does not identify a sum certain being sought by Plaintiff, the amount in controversy plainly exceeds $75,000, exclusive of interest and costs. Indeed, this threshold is met by the non-monetary relief requested by Plaintiff, which seeks (among other things) a broad order requiring AT&S to

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

"implement training and monitoring programs administered by an entity external to Defendant" relating to alleged national origin, ancestry, or ethnicity discrimination. [*See* Ex. B (Complaint) at 6; *see also* 28 U.S.C. § 1446(c)(2)(A)(i) (when initial pleading seeks nonmonetary relief, notice of removal may assert the amount in controversy)]. And, in addition to nonmonetary relief, Plaintiff seeks a wide variety of monetary damages, including front pay, back pay, "damages for emotional pain and suffering, including but not limited to anguish, distress, humiliation, embarrassment, anxiety and ordeal," and punitive damages. [*See* Ex. B (Complaint) at 6]. Accordingly, because diversity of citizenship exists, and the amount in controversy is in excess of $75,000, this Court has original jurisdiction of the action pursuant to 28 U.S.C. § 1332(a)(1), and this action may therefore be removed under the provisions of 28 U.S.C. § 1441(b).

8.    Pursuant to 28 U.S.C. § 1446 and LRCiv 3.6(a), counsel for AT&S will file a copy of this Notice with the Clerk of the Maricopa County Superior Court. A copy of the state court notice is attached as Exhibit C.

WHEREFORE, Defendant AT&S respectfully requests that the State Court Action be removed to and proceed hereafter in this Court, and no further proceedings be had in the Superior Court of the State of Arizona, County of Maricopa.

DATED this 16th day of April, 2019.

SNELL & WILMER L.L.P.

By:  */s/ Brett W. Johnson*
Brett W. Johnson
Colin P. Ahler
Derek C. Flint
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Attorneys for Defendant AT&S
Americas, LLC

### VERIFICATION OF COLIN P. AHLER

I, Colin P. Ahler, verify as follows:

1.      I am an attorney with Snell & Wilmer, L.L.P., counsel of record for Defendant AT&S Americas, LLC in this action.  I have knowledge of the matters set forth herein.  I submit this verification pursuant to LRCiv 3.6(b).

2.      Attached as Exhibit B are true and complete copies of all pleadings and other documents filed through April 15, 2019, in connection with the state court civil action originally commenced in the Superior Court of the State of Arizona in and for the County of Maricopa, entitled *Tipp v. AT&S Americas, LLC*, Case No. CV2019-001565.

I verify that the foregoing is true and correct.

Executed this 16th day of April, 2019, in Phoenix, Arizona.

*/s/Colin P. Ahler*

4835-0871-2340

- 4 -